IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 1:03-cr-00056-MP-AK

ARTHUR LOUIS PATTERSON,

    Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 462, Defendant's Motion for Reconsideration of this Court's order at Doc. 460.  In the previous order, the Court denied Mr. Patterson's motion to reduce sentence under the crack cocaine Guidelines amendment.  The defendant's base offense level remained at 38 even after the amendment because of the amount of drugs attributable to defendant.  Because the amendment does not lower the Guideline range applicable to this defendant, § 1B1.10(a)(1) does not permit the Court to reduce the original sentence.  Thus, the Court never reaches the issue discussed by Defendant in his motion to reconsider -- whether the Court can go below the amended Guidelines range in cases where the Court previously went below the range because of Rule 35(b) or 5K1.1.  Here, however, there is no amended Guidelines range, because the amendment did not lower his range.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion for reconsideration, doc. 462, is denied.

**DONE AND ORDERED** this  _28th_  day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge